UNITED STATES of America,
Plaintiff–Appellee

v.

DeCarlos Danyelle Paul STEVENSON, also known as Big Los, also known as DeCarlos Stevenson, Defendant–Appellant.

No. 11–40583
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 12, 2012.

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

---

James Wesley Volberding, Esq., Tyler, TX, for Defendant–Appellant.

Decarlos Danyelle Paul Stevenson, Beaumont, TX, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent De-Carlos Danyelle Paul Stevenson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Stevenson has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Stevenson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.